237 So.2d 398

**AUDUBON INSURANCE COMPANY**

v.

**George W. FALGOUT and Venson Seal, Individually and as natural tutor of the minor, Harold Seal.**

No. 50700.

June 29, 1970.

Application denied. On the facts found by the Court of Appeal there is no error of law in the judgment.

237 So.2d 399

**Joan Beggs CHAPIN**

v.

**Bobbie Thomas CHAPIN.**

No. 50693.

June 29, 1970.

Application denied. Judgment not final.